**IN THE UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF MISSOURI**

In re:      Paula M. Glasgow                                    )      Case No. 21-50234
                                                               )
                              DEBTOR      )

**CERTIFICATION BY DEBTOR(S) AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE DUE TO PLAN COMPLETION AND NOTICE OF DEADLINE AND
OPPORTUNITY TO OBJECT**

COMES NOW the above-captioned Debtor(s) by and through the undersigned Counsel, and makes the following certifications and moves for entry of an Order of Discharge for which the Debtor(s) is/are eligible under all applicable Bankruptcy laws and rules and states as follows:

1. Debtor(s) has/have completed a **personal financial management** instructional course provided through an agency approved by the United States Trustee and have filed a statement, prepared as prescribed by Official Form 23, regarding completion of said course. **11 U.S.C. §1328(g)(1)**

2. Debtor(s) has/have not received a discharge in a case filed under chapter 7, 11, or 12 in the 4-year period preceding the date of the order for relief under this chapter and has/have not received a discharge in a case filed under chapter 13 in the 2-year period preceding the date of such order. **11 U.S.C. §1328(f)**

3. Domestic Support Obligations (check all applicable boxes below) **11 U.S.C. §1328(a)**:

   a. ☒   Debtor(s) **did not owe a Domestic Support Obligation** under any judicial or administrative order or by statute when the bankruptcy petition was filed and has/have not been required to pay any such obligation since the petition date.

   b. ☐   Debtor [*specify debtor's name if a joint case*], **as of the date of the filing of the petition, had/has been required to pay a Domestic Support Obligation**.  Debtor has paid all such amounts required by the Chapter 13 plan, whether paid directly or through plan payment, that became due between the filing of the bankruptcy petition and today.

   c. ☐   Debtor [*specify debtor's name if a joint case*] has been ordered, **after the filing of the bankruptcy petition, to pay a Domestic Support Obligation**.  Debtor has paid all such amounts required that became due between the entering of the Domestic Support Order and today.

   d. If box 3(b) or 3(c) or both is checked, provide the following information:

      i. Name & address of each Domestic Support Obligation recipient:

      _____

      _____

      ii. Debtor's current address:

      _____

      iii. Debtor's current employer's name & address:

      _____

      _____

4.  Payments to creditors (check the applicable boxes below):

   a.  ☐   The confirmed Chapter 13 plan **does not** provide for **direct payments to any creditors**.

   b.  ☒  The confirmed Chapter 13 plan **provides for the following direct payments** (add as many lines as necessary for each creditor paid directly):

   i.   [*Jeff and Jennifer Gatrel*]
        ☒  Payments to this creditor are current as of today's date
        ☐  Payments to this creditor are not current

   ii.  [*Creditor name*]
        ☐  Payments to this creditor are current as of today's date
        ☐  Payments to this creditor are not current

   iii. If direct payments to a creditor are not current, provide an explanation of the payments in default and the reason for the default:

   _____

   _____

   _____

5.  If the Debtor(s) has/have claimed an exemption in real property in excess of the statutory limit listed in 11 U.S.C §522(p)(1), there is no proceeding pending in which the Debtor(s) may be found guilty of a felony as described in 11 U.S.C §522(q)(1)(A) and the Debtor(s) is/are not liable for a debt for the kind described in 11 U.S.C §522(q)(1)(B).

WHEREFORE, Debtor(s) move(s) the Court to enter a discharge order in this Case.


Dated: April 4, 2025                    Respectfully submitted,
                                        WM Law

                                        /s/ Errin P. Stowell
                                        Errin P. Stowell, MO #70499; KS #78742
                                        15095 W. 116th St.
                                        Olathe, KS 66062
                                        Phone (913) 422-0909 / Fax (913) 428-8549
                                        stowell@wagonergroup.com
                                        ATTORNEY FOR DEBTOR(S)

## NOTICE OF OPPORTUNITY AND DEADLINE TO OBJECT TO MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE DUE TO PLAN COMPLETION

PLEASE TAKE NOTICE THAT WITHIN TWENTY- ONE (21) DAYS AFTER THE DATE OF THIS NOTICE you must file and serve a written objection to the motion.  The objection must be filed electronically with the Bankruptcy Court at www.ecf.mowb.uscourts.gov.  If you are a pro se creditor, you may file a written objection with the Clerk, United States Bankruptcy Court, Western District of Missouri, 400 E. 9th Street, Room 1510, Kansas City, MO 64106.  Debtor(s) attorney and trustee will receive electronic notice when the objection is filed.  If the debtor is pro se, you must serve your objection on the debtor.

IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING.  The court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, the foregoing was delivered via e-mail to the parties that are registered to receive electronic notice on CM/ECF/PACER, and via regular 1st-class, postage prepaid to the parties listed below that are not registered to receive CM/ECF/PACER notices.

**[See attached mailing matrix]**

/s/ Errin P. Stowell

AD Astra Recovery Service
7330 West 33rd Street North
Suite 118
Wichita KS 67205


Advance Financial 24/7
100 Oceanside Drive
Nashville TN 37204


Arrow Mountain Financial
POB 2503
Kahnawake, Quebec J0L 1B0


BMG Money
POB 988
Radcliff KY 40159


Bridge Lending
597 Peace Pipe Road
Lac Du Flambeau WI 54538


Cameron Regional Medical Center
1600 East Evergreen
Cameron MO 64429


CAPITAL ONE BANK USA NA
PO Box 30281
Salt Lake City UT 84130


Cash Factory
6965 South Rainbow Blvd
Suite 130
Las Vegas NV 89118


Cash Link USA
POB 7084
Kansas City MO 64113


CB Indigo
POB 4499
Beaverton OR 97076

CKS Prime Investments, LLC
1800 Route 34 North
Bldg 3, Suite 305
Wall NJ 07719


Coast2Coast Lenders
3511 Silverside Road
Wilmington DE 19810


Continental Finance Co.
4550 New Linden Hill
Wilmington DE 19808


Dept of Ed/Navient
123 Justison St
3rd Floor
Newark DE 19713


DISCOVER FINCL SVC LLC
PO BOX 15316
Wilmington DE 19850-5316


Emoney USA
8700 State Line Road
Leawood KS 66206


Evergreen
POB 834
Lac Du Flambeau WI 54538


Halsted Financial Services LLC
POB 828
Skokie IL 60076


Hellman and Rosen
2790 Clay Edwards Dr # 1250
Kansas City MO 64116


Jeff & Jennifer Gatrel
3409 Southeast Wildlife Road
Cowgill MO 64637


McCoy and Samples Dental Clinic
850 Fairway Drive
Chillicothe MO 64601

Mobiloans
POB 1409
Marksville LA 71351


MoneyKey
3422 Old Capitol Trail
Suite 1962
Wilmington DE 19808


Northern Resolution
400 Essjay Rd
Buffalo NY 14221


One Main Financial
POB 278
Wilmington OH 45177


OneMain Financial
Attn: Doug Shulman, CEO
601 NW Second St.
Evansville IN 47708


Portfolio Recovery Associates
120 Corporate Blvd, Suite 100
Norfolk VA 23502


Snap Finance
POB 26561
Salt Lake City UT 84126


Snap Finance
Attn: Matthew Hawkins, CEO
1193 W 2400th South
Salt Lake City UT 84119


Speedy Cash
PO Box 780408
Wichita KS 67278


Surge Mastercard
PO Box 8099
Newark DE 19714

Swiss Colony / Montgomery Wards
1515 South 21st Street
Clinton IA 52732


TBOM/Fortiva MC
POB 105555
Atlanta GA 30348


VBS Westside
POB 687
Keshena WI 54135